

FILED

06/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0153

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0153

IN RE THE MARRIAGE OF:

TIMOTHY RAY CLARK,

Petitioner and Appellee,

and

J'AIME COLLEEN O'NEILL,

Respondent and Appellant.

FILED

JUN 3 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

By motion filed June 3, 2020, Appellee Timothy Ray Clark moves for dismissal of this appeal pursuant to M. R. App. P. 13(3) and 16(2) on the asserted ground that Appellant J'Aime Colleen O'Neill failed to timely file an opening brief within 30 days of notice of filing of the record on appeal as required by M. R. App. P. 13(1). *Inter alia*, the motion asserts that Appellee "contacted Appellant and she has indicated that she does object to th[e] motion, but did not provide good cause for failure to file [her] [o]pening brief."

M. R. App. P. 13(3) and 16(1) authorize motions for dismissal of an appeal upon the failure to timely file required briefs in accordance with Rule 13(1) (30-day deadline for filing of opening brief from date of filing of record). The deadline for filing any response in opposition to a motion to dismiss is "11 days after service of the motion." M. R. App. 16(2). Here, the certificate of service in Appellee's motion certifies that he duly served the motion on Appellant's counsel of record (Suzanne C. Marshall) at her address of record by United States mail on June 1, 2020. Our docket manifests that the Clerk of this Court filed and served notice of filing of the underlying record on April 23, 2020, and that the 11-day deadline for response to the motion to dismiss has now expired without response or motion for an extension. Dismissal is thus warranted pursuant to M. R. App. Rule 13(3) and 16(1)-(2).

IT IS HEREBY ORDERED pursuant to M. R. App. P. 13(3) and 16(1)-(2) that the above-captioned appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record, to the Gallatin County Clerk of District Court, and the presiding judge of the Montana Eighteenth Judicial District Court in the underlying cause.

Dated this 30 day of June, 2020.

_____

_____

_____

_____

_____
Justices